

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00799-CV

**IN RE FIDELITY NATIONAL TITLE INSURANCE COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  November 20, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 13, 2013, relator filed a petition for writ of mandamus complaining of the trial court's denial of a motion to compel discovery. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CI05517, styled *Fidelity National Title Insurance Company v. Andrew M. Parker*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.